writ issued
FILED
JUN 27 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 4:19CR496 RLW/JMB |
| MICHAEL RODERICK, | ) | |
| Defendant. | ) | |

### APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, by Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, through Allison Behrens, Assistant United States Attorney for said District, and informs the Court that the defendant MICHAEL RODERICK #L378146, is to be tried in the above cause, and appear before any United States Magistrate Judge for the Eastern District of Missouri, forthwith, for an initial appearance and at all other times and dates, and that the defendant MICHAEL RODERICK is currently confined at the City of St. Louis Justice Center, in the custody of the Superintendent/Warden.

WHEREFORE, your petitioner prays this Court to issue a writ of habeas corpus ad prosequendum directing the United States Marshal to remove the defendant from such institution and custody, and bring him before the Court for the above proceedings; and upon completion of such proceedings to return the defendant to the custody of the City of St. Louis Justice Center.

JEFFREY B. JENSEN
United States Attorney

ALLISON BEHRENS, #38482MO
Assistant United States Attorney

UNITED STATES OF AMERICA )
Eastern Division of the )
Eastern District of Missouri )

I, Allison Behrens, declare under penalty of perjury, pursuant to Title 28, United States Code, Section 1746, that the foregoing Application for Writ of Habeas Corpus Ad Prosequendum is based upon statements furnished to me and that the contents therein are true and correct to the best of my knowledge and belief.

Executed on the 26th day of June 2019.

ALLISON BEHRENS, #38482MO
Assistant United States Attorney

TO THE CLERK OF THE DISTRICT COURT:

You are hereby ordered to issue the Writ of Habeas Corpus Ad Prosequendum as prayed for in the foregoing application.

UNITED STATES DISTRICT JUDGE          6-27-19
                                       Date