UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4: 19 CR 496 RLW |
| Michael Roderick, | ) |
| Defendant. | ) |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

Pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006(A), and the Criminal Justice Act Plan for the Eastern District of Missouri, IV, B, the Federal Public Defender for this District is appointed to represent the above-named defendant in this matter for:

✓ The initial appearance only.

✓ The initial appearance and all further proceedings in this case.

/s/ David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on the 15th day of July, 2019.