THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:19CR00496 RLW |
| MICHAEL RODERICK, | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Comes now Defendant, Michael Roderick, by and through counsel, Tara Crane, Assistant Federal Public Defender, and requests leave to file her Supplement to Defendant's *pro se* motion for compassionate release under 18 U.S.C. § 3582 (C)(1)(A) under seal as it contains confidential medical and treatment information.

Respectfully submitted,

/s/ *Tara Crane*
TARA CRANE  # 52206 MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Tara_Crane@FD.org
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Tiffany Becker and Allison Behrens, Assistant United States Attorneys.

/s/ *Tara Crane*
TARA CRANE
Assistant Federal Public Defender